IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>       Defendants. | Case No. 25-cv-09125<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Albert Berry, III** |

## MOTION FOR ENTRY OF AN AGREED ASSET RESTRAINT ORDER AS TO DEFENDANT TTUNPP

Plaintiff Crye Precision LLC ("Plaintiff" or "Crye Precision") hereby moves this Honorable Court for entry of an Agreed Asset Restraint Order as to Defendant No. 88, TTunPP ("Defendant"). On August 6, 2025, the Court entered a Temporary Restraining Order [25] ("TRO") ordering Amazon to restrain the assets in Defendant's financial account. [25] at ¶ 6.

On August 20, 2025, Plaintiff and Defendant (together, the "Parties") conferred regarding the asset restraint currently placed on Defendant's Walmart financial account. The Parties agreed to modify the current asset restraint on Defendant's account, without waiving Defendant's Rule 12(b) defenses, by reducing the amount restrained to two thousand five hundred dollars ($2,500) until final disposition of this case as to Defendant. As such, Plaintiff moves this Honorable Court for entry of an Agreed Asset Restraint Order as to Defendant.

Dated this 20th day of August 2025.　　　Respectfully submitted,

/s/ Andrew D. Burnham
Amy C. Ziegler
Justin R. Gaudio
Andrew D. Burnham
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
aburnham@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Crye Precision LLC*


/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495

*Attorney for Defendant TTunPP*