# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CRYE PRECISION LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | Case No. 25-cv-09125<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Albert Berry, III** |

## AGREED ASSET RESTRAINT ORDER AS TO DEFENDANT TTUNPP

On August 6, 2025, the Court entered a Temporary Restraining Order [25] ("TRO") against, among others, Defendant No. 88, TTunPP ("Defendant"). The TRO ordered Amazon, Inc. ("Amazon") to restrain the assets in Defendant's financial account. [25] at ¶ 6.

IT IS HEREBY ORDERED that Amazon shall continue to restrain TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00) of funds in Defendant's financial account until final disposition of this case. Upon service of a copy of this Order, Amazon shall lift any monetary restraints related to this Lawsuit on the Amazon account of Defendant, except for the $2,500.00 restraint of funds in Defendant's financial account.

Defendant shall not use the restrained funds to pay for any incurred charges or expenses, including but not limited to Amazon seller fees, shipping fees and chargebacks. Plaintiff's counsel shall serve a copy of this Order on Amazon within one (1) business day of its entry by the Court.

SO ORDERED:

*Thomas M Durkin*

Thomas M. Durkin
United States District Judge

Dated: August 21, 2025